**Robert ELLIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48948.**

Missouri Court of Appeals,
Western District.

March 14, 1995.

Peter J. Koppe, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).